### 15526.   ROACH *v.* WILLIAMS.

BROYLES, C. J.   1. All the special grounds of the motion for a new trial are based upon alleged errors in the charge of the court. When the excerpts complained of are considered in connection with the remainder of the charge and the facts of the case, none of them requires a reversal of the judgment below.

2. The verdict was authorized by the evidence and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 10, 1924.

Action for damages; from city court of Savannah—Judge Freeman.   February 20, 1924.

*Anderson, Cann & Cann, McIntire, Walsh & Bernstein,* for plaintiff in error.   *Paul Fusillo,* contra.

---

### 15528.   MORROW *v.* THE STATE.

BROYLES, C. J.   The evidence authorized the verdict, and the motion for a new trial contained the usual general grounds only.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 10, 1924.

Indictment for possession of liquor; from Gordon superior court —Judge Tarver. March 6, 1924.

*A. L. Henson,* for plaintiff in error.

*J. M. Lang, solicitor-general,* contra.